In the Supreme Court of Georgia

Decided:  April 20,  2015

S15A0493. WILCHER v. McCONNELL et al.

PER CURIAM.

The judgment of the court below is affirmed without opinion pursuant

to Supreme Court Rule 59.

Affirmed without opinion. All the Justices concur.